**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE: Steven A Altland                 BK NO. 22-00209 HWV
       Jennifer Ruth Altland

              Debtor(s)               Chapter 13

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

     Kindly enter my appearance on behalf of U.S. BANK NATIONAL ASSOCIATION, as trustee for American General Mortgage Loan Trust 2009-1, American General Mortgage Pass-Through Certificates, Series 2009-1 and index same on the master mailing list.

                                       Respectfully submitted,

                                       /s/ *Michael Farrington*
                                       Michael Farrington
                                       20 Apr 2023, 09:41:26, EDT

                                       KML Law Group, P.C.
                                       BNY Mellon Independence Center
                                       701 Market Street, Suite 5000
                                       Philadelphia, PA 19106
                                       215-627-1322