UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: STEVEN ALLEN ALTLAND and JENNIFER RUTH ALTLAND <br>    Debtors | : <br> : <br> : <br> : | CHAPTER 13 |
| JACK N. ZAHAROPOULOS STANDING CHAPTER 13 TRUSTEE <br>    Objectant | : <br> : <br> : <br> : | |
| vs. | : <br> : | CASE NO. 1:22-bk-00209-HWV |
| E. HALEY ROHRBAUGH, ESQUIRE <br>    Applicant | : <br> : | TRUSTEE'S OBJECTION TO FIRST FEE APPLICATION |

## ORDER

AND NOW, upon consideration of the Trustee's Objection to Application of Attorney for Chapter 13 Debtor for Compensation and Reimbursement of Expenses, and all other matters of record, it is hereby ORDERED AND DECREED the attorney fees sought in the First Application of Attorney for Chapter 13 Debtor for Compensation and Reimbursement of Expenses are hereby ADJUSTED AS FOLLOWS: