UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:     STEVEN ALLEN ALTLAND
             JENNIFER RUTH ALTLAND

CHAPTER 13

               Debtor(s)

JACK N. ZAHAROPOULOS           CASE NO: 1-22-00209-HWV
CHAPTER 13 TRUSTEE
               Movant

vs.

STEVEN ALLEN ALTLAND
JENNIFER RUTH ALTLAND

               Respondent(s)

## TRUSTEE'S MOTION TO DISMISS CASE

AND NOW, on March 26, 2024, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, through his attorney Douglas R. Roeder, Esquire, and respectfully represents the following:

1. An Amended Plan was filed on September 25, 2023.

2. A hearing was held and an Order was entered on January 24, 2024 directing that an amended plan be filed within sixty (60) days.

3. As of the date of this Motion, an amended plan has not been filed.

4. The delay in filing a confirmable plan in this case is prejudicial to creditors.

WHEREFORE, your Trustee respectfully requests your Honorable Court dismiss the case upon the basis that Debtors have failed to propose a confirmable plan.

                                                           Respectfully submitted,

                                                           /s/   Douglas R. Roeder, Esquire
                                                           Id:   80016
                                                           Attorney for Movant
                                                           Jack N. Zaharopoulos
                                                           Standing Chapter 13 Trustee
                                                           Suite A, 8125 Adams Drive
                                                           Hummelstown, PA   17036
                                                           Phone:   717-566-6097
                                                           email: droeder@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:   STEVEN ALLEN ALTLAND
         JENNIFER RUTH ALTLAND

                    Debtor(s)                       CHAPTER 13

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
                    Movant                          CASE NO: 1-22-00209-HWV

STEVEN ALLEN ALTLAND
JENNIFER RUTH ALTLAND

                    Respondent(s)

## NOTICE

NOTICE IS HEREBY GIVEN that Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to file a confirmable Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a hearing has been scheduled on this matter for:

Sylvia H. Rambo United States Courthouse         Date:   April 24, 2024
Bankruptcy Courtroom 4B
1501 North 6th Street                            Time:   09:35 AM
Harrisburg, PA 17102

Any objection or response filed must be filed with the Clerk, U.S. Bankruptcy Court and served on the Chapter 13 Trustee.

Date:   March 26, 2024               /s/   Douglas R. Roeder, Esquire
                                     Id:   80016
                                     Attorney for Trustee
                                     Jack N. Zaharopoulos
                                     Standing Chapter 13 Trustee
                                     Suite A, 8125 Adams Dr.
                                     Hummelstown, PA   17036
                                     Phone:   (717) 566-6097
                                     email: info@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: STEVEN ALLEN ALTLAND
JENNIFER RUTH ALTLAND

CHAPTER 13

Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE

CASE NO: 1-22-00209-HWV

Movant

vs.

STEVEN ALLEN ALTLAND
JENNIFER RUTH ALTLAND

Respondent(s)

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on March 26, 2024, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

Served electronically
E. HALEY ROHRBAUGH
CGA LAW FIRM, P.C.
135 NORTH GEORGE ST
YORK, PA 17401

UNITED STATES TRUSTEE
1501 NORTH 6TH STREET
BOX 302
HARRISBURG, PA 17102

Served by 1st Class Mail
STEVEN ALLEN ALTLAND
1255 CONEWAGO AVENUE
MANCHESTER, PA 17345

I certify under penalty of perjury that the foregoing is true and correct.

Date: March 26, 2024

/s/ Vickie Williams
Office of Standing Chapter 13 Trustee
Jack N. Zaharopoulos
Suite A, 8125 Adams Dr.
Hummelstown, PA 17036
Phone: (717) 566-6097
email: info@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: STEVEN ALLEN ALTLAND
JENNIFER RUTH ALTLAND

Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE

Movant

STEVEN ALLEN ALTLAND
JENNIFER RUTH ALTLAND

Respondent(s)

CHAPTER 13

CASE NO: 1-22-00209-HWV

**ORDER DISMSSING CASE**

Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed. The Court retains jurisdiction to rule on any timely filed fee application.