United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-00209-HWV |
| Steven Allen Altland | Chapter 13 |
| Jennifer Ruth Altland | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 4 |
| Date Rcvd: Apr 25, 2024 | Form ID: ordsmiss | Total Noticed: 38 |

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 27, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Steven Allen Altland, Jennifer Ruth Altland, 1255 Conewago Avenue, Manchester, PA 17345-9410 |
| cr | + | U.S. Bank National Association, as Trustee for Ame, Robertson, Anschutz, Schneid, Crane & Pa, 130 Clinton Rd # 202, Fairfield, NJ 07004-2927 |
| cr | + | Wilmington Trust, National Association, as Success, One Mortgage Way, Mount Laurel, NJ 08054-4637 |
| 5458735 | + | OCWEN LOAN SERVICING, PO BOX 24646, WEST PALM BEACH, FL 33416-4646 |
| 5458738 | + | OCWEN LOAN SERVICING, LLC, P.O. BOX 785058, ORLANDO, FL 32878-5058 |
| 5458721 | + | STEVEN ALLEN ALTLAND, JENNIFER RUTH ALTLAND, 1255 CONEWAGO AVENUE, MANCHESTER, PA 17345-9410 |
| 5464795 | #+ | U.S. BANK NATIONAL ASSOCIATION, as trustee, c/o Lorraine Gazzara Doyle, Esquire, Milstead & Associates, LLC, 1 E. Stow Road, Marlton, NJ 08053-3118 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: LCIPHHMRGT | Apr 25 2024 22:36:00 | PHH MORTGAGE CORPORATION, PO Box 24605, West Palm Beach, FL 33416-4605 |
| cr | + | EDI: PRA.COM | Apr 25 2024 22:36:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5458731 | | EDI: DISCOVER | Apr 25 2024 22:36:00 | DISCOVER FINANCIAL, PO BOX 30421, SALT LAKE CITY, UT 84130-0421 |
| 5458730 | | EDI: DISCOVER | Apr 25 2024 22:36:00 | DISCOVER CARD, PO BOX 15251, WILMINGTON, DE 19886-5251 |
| 5458727 | | EDI: DISCOVER | Apr 25 2024 22:36:00 | DISCOVER BANK, P.O. BOX 15316, WILMINGTON, DE 19850 |
| 5458728 | | EDI: DISCOVER | Apr 25 2024 22:36:00 | DISCOVER BANK, PO BOX 30943, SALT LAKE CITY, UT 84130 |
| 5458729 | | EDI: DISCOVER | Apr 25 2024 22:36:00 | DISCOVER BANK*, 6500 NEW ALBANY ROAD, NEW ALBANY, OH 43054 |
| 5459481 | | EDI: DISCOVER | Apr 25 2024 22:36:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5458722 | + | Email/Text: hrohrbaugh@cgalaw.com | Apr 25 2024 18:40:00 | E. HALEY ROHRBAUGH, CGA LAW FIRM, 135 NORTH GEORGE STREET, YORK, PA 17401-1132 |
| 5458725 | | EDI: IRS.COM | Apr 25 2024 22:36:00 | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATION, P.O. BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 5458732 | | ^ MEBN | | |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 5458733 | ^ | MEBN | Apr 25 2024 18:35:13 | KLM LAW GROUP, P.C., 701 MARKET STREET, PHILADELPHIA, PA 19106-1541 |
| | | | Apr 25 2024 18:35:14 | KML LAW GROUP, P.C., BNY MELLON INDEPENDENCE CTR., 701 MARKET ST., STE 5000, PHILADELPHIA, PA 19106-1541 |
| 5459538 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 25 2024 18:50:18 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5458734 | + | Email/Text: nsm_bk_notices@mrcooper.com | Apr 25 2024 18:40:00 | MR. COOPER, ATTN: BANKRUPTCY, 8950 CYPRESS WATERS BLVD, COPPELL, TX 75019-4620 |
| 5467907 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 25 2024 18:40:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 5458736 | | EDI: LCIPHHMRGT | Apr 25 2024 22:36:00 | OCWEN LOAN SERVICING LLC*, ATTN: BANKRUPTCY DEPARTMENT, PO BOX 24605, WEST PALM BEACH, FL 33416-4605 |
| 5458737 | + | EDI: LCIPHHMRGT | Apr 25 2024 22:36:00 | OCWEN LOAN SERVICING, LLC, 1661 WORTHINGTON ROAD, SUITE 100, WEST PALM BEACH, FL 33409-6493 |
| 5458724 | + | EDI: PENNDEPTREV | Apr 25 2024 22:36:00 | PA DEPARTMENT OF REVENUE, PO BOX 281061, HARRISBURG, PA 17128-1061 |
| 5458724 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 25 2024 18:40:00 | PA DEPARTMENT OF REVENUE, PO BOX 281061, HARRISBURG, PA 17128-1061 |
| 5469701 | | EDI: LCIPHHMRGT | Apr 25 2024 22:36:00 | PHH Mortgage, Attn: Bankruptcy Department, P.O. Box 24605, West Palm Beach, FL 33416-4605 |
| 5461855 | + | Email/Text: RASEBN@raslg.com | Apr 25 2024 18:39:00 | ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PL, 130 CLINTON RD #202, FAIRFIELD, NJ 07004-2927 |
| 5458723 | + | Email/Text: karen.brown@treasury.gov | Apr 25 2024 18:40:00 | SECRETARY OF TREASURY, 15TH & PENN AVENUE NW, WASHINGTON, DC 20220-0001 |
| 5458926 | + | EDI: PRA.COM | Apr 25 2024 22:36:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5458739 | + | Email/Text: bankruptcydepartment@tsico.com | Apr 25 2024 18:40:00 | TRANSWORLD SYS INC/51, ATTN: BANKRUPTCY, PO BOX 15618, WILMINGTON, DE 19850-5618 |
| 5458740 | + | Email/Text: nsm_bk_notices@mrcooper.com | Apr 25 2024 18:40:00 | U.S. BANK NATIONAL ASSOCIATION*, C/O NATIONSTAR MORTGAGE, LLC, 8950 CYPRESS WATERS BLVD., COPPELL, TX 75019-4620 |
| 5458742 | + | Email/Text: EDBKNotices@ecmc.org | Apr 25 2024 18:39:00 | U.S. DEPARTMENT OF EDUCATION, PO BOX 5609, GREENVILLE, TX 75403-5609 |
| 5458741 | + | Email/Text: ECMCBKNotices@ecmc.org | Apr 25 2024 18:40:00 | U.S. DEPARTMENT OF EDUCATION, ECMC/ATTN: BANKRUPTCY, PO BOX 16408, SAINT PAUL, MN 55116-0408 |
| 5464911 | | Email/Text: EDBKNotices@ecmc.org | Apr 25 2024 18:39:00 | U.S. Department of Education, PO BOX 16448, St. Paul, MN, 55116-0448 |
| 5458743 | | Email/Text: PHILAW@weltman.com | Apr 25 2024 18:40:00 | WELTMAN, WEINBERG & REIS CO., LPA, 170 S. INDEPENDENCE MALL W., SUITE 874, PHILADELPHIA, PA 19106-3334 |
| 5458745 | + | Email/Text: pitbk@weltman.com | Apr 25 2024 18:40:00 | WELTMAN, WEINBERG & REIS, CO. LPA, 436 7TH AVENUE, SUITE 2500, PITTSBURGH, PA 15219-1842 |
| 5458744 | | Email/Text: BKRMailOps@weltman.com | Apr 25 2024 18:40:00 | WELTMAN, WEINBERG & REIS, CO. LPA, 323 W LAKESIDE AVE STE. 200, CLEVELAND, OH 44113-1009 |

| | | |
|---|---|---|
| 5458726 | Email/Text: kcm@yatb.com | |
| | Apr 25 2024 18:39:00 | YORK ADAMS TAX BUREAU, P O BOX 15627, YORK, PA 17405-0156 |

TOTAL: 32

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 27, 2024          Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 25, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Charles G. Wohlrab | on behalf of Creditor U.S. Bank National Association as Trustee for American General Mortgage Loan Trust 2009-1, American General Mortgage Pass-Through Certificates, Series 2009-1 bkecf@friedmanvartolo.com, cwohlrab@ecf.courtdrive.com |
| Denise E. Carlon | on behalf of Creditor U.S. Bank National Association as Trustee for American General Mortgage Loan Trust 2009-1, American General Mortgage Pass-Through Certificates, Series 2009-1 bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Elizabeth Haley Rohrbaugh | on behalf of Debtor 1 Steven Allen Altland hrohrbaugh@cgalaw.com kbrayboy@cgalaw.com,rminello@cgalaw.com,ephillips@cgalaw.com,rshearer@cgalaw.com |
| Elizabeth Haley Rohrbaugh | on behalf of Debtor 2 Jennifer Ruth Altland hrohrbaugh@cgalaw.com kbrayboy@cgalaw.com,rminello@cgalaw.com,ephillips@cgalaw.com,rshearer@cgalaw.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Lorraine Gazzara Doyle | on behalf of Creditor U.S. Bank National Association as Trustee for American General Mortgage Loan Trust 2009-1, American General Mortgage Pass-Through Certificates, Series 2009-1 ldoyle@squirelaw.com, LOGSECF@logs.com |
| Mario J. Hanyon | on behalf of Creditor Wilmington Trust National Association, as Successor Trustee to Citibank, N.A. as trustee for Bear S wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Mario J. Hanyon | on behalf of Creditor U.S. Bank National Association as Trustee for American General Mortgage Loan Trust 2009-1, American General Mortgage Pass-Through Certificates, Series 2009-1 wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Michael Patrick Farrington | on behalf of Creditor U.S. Bank National Association as Trustee for American General Mortgage Loan Trust 2009-1, American General Mortgage Pass-Through Certificates, Series 2009-1 mfarrington@kmllawgroup.com |
| Roger Fay | on behalf of Creditor U.S. Bank National Association as Trustee for American General Mortgage Loan Trust 2009-1, American General Mortgage Pass-Through Certificates, Series 2009-1 rfay@alaw.net |
| Ryan Starks | on behalf of Creditor U.S. Bank National Association as Trustee for American General Mortgage Loan Trust 2009-1, American |

General Mortgage Pass-Through Certificates, Series 2009-1 ryan.starks@brockandscott.com, wbecf@brockandscott.com

United States Trustee ustpregion03.ha.ecf@usdoj.gov

TOTAL: 12

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Steven Allen Altland,            Chapter     13

    **Debtor 1**

Jennifer Ruth Altland,          Case No.     1:22−bk−00209−HWV

    **Debtor 2**

### Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to both Debtors.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

By the Court,

*/s/ Henry W. Van Eck*

Henry W. Van Eck, Chief Bankruptcy Judge

Dated: April 25, 2024

ordsmiss (05/18)