IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:                          :
    Steven A. Altland          :        Case No. 1:22-bk-00209-HWV
    Jennifer R, Altland        :
                            :
        Debtors            :        Chapter 13

## **NOTICE OF WITHDRAWAL OF SECOND FEE APPLICATION**

NOW COMES the applicant E. Haley Rohrbaugh, Esquire, Counsel for Debtors, and hereby withdraws the  second Application for Compensation and Expenses filed to Doc. 87 on March 12, 2024.

Respectfully submitted,

CGA Law Firm

By: /s/ E. Haley Rohrbaugh, Esquire
     E. Haley Rohrbaugh, Esquire
     Sup. Ct. ID No. 323803
     135 North George Street, York, PA
     17401-1282
     Telephone: 717-848-4900
     *Counsel for Debtors*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

I IN RE:                          :
    Steven A. Altland          :        Case No. 1:22-bk-00209-HWV
    Jennifer R, Altland        :
                               :
        Debtors            :        Chapter 13

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on May 3, 2024, a true and correct copy of the attached Notice of Withdrawal was served upon the following parties in the following manner:

| Name | Mode of Service |
|------|-----------------|
| Office of the United States Trustee | CM/ECF |
| Jack N. Zaharopoulos, Chapter 13 Trustee | CM/ ECF |

Dated: __May 3, 2024__          /s/ E. Haley Rohrbaugh, Esquire
                                E. Haley Rohrbaugh, Esquire
                                CGA Law Firm
                                135 North George Street
                                York, PA 17401
                                (717) 848-4900

{02441697/1}